Louis Smith, appellee, v. Illinois Power and Light Corporation, appellant. Gen. No. 9,102.

Opinion filed January 18, 1937.
E. Bentley Hamilton, for appellant. Ren Thurman, for appellee.
Mr. Justice Wolfe delivered the opinion of the court.